# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

KURTIS BEAUDETTE                                                                            PLAINTIFF
ADC #653073

v.                                        4:21-cv-00445-JM-JJV

POPE COUNTY DETENTION CENTER; and
DOES, Medical Team, Administration, Officers                                    DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Complaint (Doc. 2) is DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted.

2. Dismissal of this action is a "strike" for purposes of 28 U.S.C. § 1915(g).

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 28th day of July 2021.

_____
UNITED STATES DISTRICT JUDGE