IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KURTIS BEAUDETTE                                                                                   PLAINTIFF
ADC #653073

v.                                    4:21-cv-00445-JM-JJV

POPE COUNTY DETENTION CENTER; and
DOES, Medical Team, Administration, Officers                                         DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE.   It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

Dated this 28th day of July 2021.

_____
UNITED STATES DISTRICT JUDGE